UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON CLAUDE YOST,<br><br>Petitioner<br><br>v.<br><br>STU SHERMAN, WARDEN,<br><br>Respondent. | Case No. EDCV 16-1668-VAP (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order: Summarily Denying and Dismissing Petition; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: August 25, 2016

*/s/ Virginia A. Phillips*

_____

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE